BROOKLYN FIRE BRICK WORKS, INC., Respondent, *v.* BROOKLYN CONTRACTORS MACHINERY EXCHANGE, INC., Appellant.

Supreme Court, Appellate Term, First Department, March 15, 1944.

*Michael I. Winter* for appellant.

*Ernest J. Pirman* for respondent.

MEMORANDUM *Per Curiam.* The Rules of Civil Practice do not authorize the court to conduct a hearing as to an issue of fact on a motion for summary judgment. There were issues of fact raised which required a trial.

Judgment reversed, with ten dollars costs to appellant to abide the event, and motion denied.

Concur: HAMMER, MCLAUGHLIN and EDER, JJ.